**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JESSICA MONIQUE ROWELL,                    Case No. 16-cv-4093-MJD-KMM

                Plaintiff,

v.                                                                          **ORDER**

THE FEDERAL GOVERNMENT,
COMMISSIONER OF HEALTH AND
HUMAN SERVICES,

                Defendants.

---

The above matter comes before the Court upon the Report and Recommendation [Doc. #4] of United States Magistrate Judge Katherine Menendez dated January 20, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

1.    Plaintiff Jessica Monique Rowell's application for leave to proceed *in forma pauperis* (ECF No. 2) be DENIED.

2.    Ms. Rowell's complaint be DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

Let judgment be entered accordingly.

Date:  February 23, 2017

                                    s/Michael J. Davis
                                    MICHAEL J. DAVIS
                                    United States District Court Judge